IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00428-REB-BNB

DENEEN R. GAMMONS, PH.D.,

Plaintiff,

v.

METROPOLITAN STATE COLLEGE OF DENVER,

Defendant.

_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Plaintiff's (First) Motion to Vacate and Reset Scheduling Conference** [docket no. 5, filed April 13, 2011] (the "Motion"). The Court would like to bring to the attention of plaintiff's counsel that the Scheduling Conference is not set until May 10, 2011, but sees that the defendant has not been served yet. Therefore,

      IT IS ORDERED that the Motion is GRANTED and the Scheduling Conference set for May 10, 2011, is **vacated and reset to June 13, 2011, at 9:30 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294. The proposed Scheduling Order, submitted pursuant to District of Colorado ECF Procedures V.L.1.b., is due on or before **June 6, 2011**. Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. See D.C.COLO.LCivR 83.2B.

DATED:  April 13, 2011