IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00428-REB-BNB

DENEEN R. GAMMONS, PH.D.,

Plaintiff,

v.

METROPOLITAN STATE COLLEGE OF DENVER,

Defendant.

_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     This matter is before the Court on the **Unopposed Motion to Vacate and Reset Scheduling Conference** [docket no. 11, filed May 19, 2011] (the "Motion").

     IT IS ORDERED that the Motion is GRANTED and the Scheduling Conference set for June 13, 2011, is **vacated and reset to July 15, 2011, at 2:30 p.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.  The proposed Scheduling Order, submitted pursuant to District of Colorado ECF Procedures V.L.1.b., is due on or before **July 8, 2011**.  Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. See D.C.COLO.LCivR 83.2B.

DATED:  May 20, 2011