IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00428-REB-BNB

DENEEN R. GAMMONS, PH.D.,

Plaintiff,

v.

METROPOLITAN STATE COLLEGE OF DENVER,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Plaintiff's ("No Position") Motion to Vacate and Reset Scheduling Conference Dates and Deadlines Set Forth in [Doc. Nos. 3 and 13] ("Order Setting Rule 16(b) Scheduling Conference and Rule 26(F) Planning Meeting')INT and Demand for Jury Trial** [docket no. 15, filed July 8, 2011] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Scheduling Conference set for July 15, 2011, is **vacated and reset to July 26, 2011, at 9:00 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.  The proposed Scheduling Order, submitted pursuant to District of Colorado ECF Procedures V.L.1.b., is due on or before **July 19, 2011**.  Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. See D.C.COLO.LCivR 83.2B.

DATED:  July 8, 2011