IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-00428-REB-BNB

DENEEN R. GAMMONS, PH.D.,

Plaintiff,

v.

METROPOLITAN STATE COLLEGE OF DENVER,

Defendant.

_____

## ORDER
_____

The parties appeared this morning for a scheduling conference. The proposed scheduling order was refused for reasons stated on the record.

IT IS ORDERED:

(1) The parties shall submit a revised proposed scheduling order on or before **August 18, 2011**, modified as discussed at the scheduling conference this morning; and

(2) A supplemental scheduling conference is set for **August 26, 2011, at 9:00 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

Dated July 26, 2011.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge