**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-00428-REB-BNB

DENEEN R. GAMMONS, Ph.D.,

    Plaintiff,

v.

METROPOLITAN STATE COLLEGE OF DENVER,

    Defendant.

**ORDER OF DISMISSAL**

**Blackburn, J.**

The matter is before me on the **Plaintiff's (Unopposed) Motion To Dismiss Case** [#25][1] filed November 4, 2011. After reviewing the motion and the file, I conclude that the motion should be granted and that this action should be dismissed.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Plaintiff's (Unopposed) Motion To Dismiss Case** [#25] filed November 4, 2011, is **GRANTED**;

2. That the Trial Preparation Conference set for May 4, 2012, is **VACATED**;

3. That the jury trial set to commence May 21, 2012, is **VACATED**; and

4. That this action is **DISMISSED**.

Dated November 4, 2011, at Denver, Colorado.

                                                **BY THE COURT:**

                                                Robert E. Blackburn
                                                United States District Judge

---

[1] "[#25]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.